# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | NO. 1:06-CR-318 |
| v. | : | |
| | : | (Judge Conner) |
| JULIO CONDE, | : | |
| | : | (electronically filed) |
| Defendant. | : | |

**FILED HARRISBURG AUG 2 3 2007 MARY E. D'ANDREA, CLERK** *Per ___ Deputy Clerk*

### O R D E R

AND NOW, THIS 23rd day of August, 2007 upon consideration of the government's Motion to Correct Information, IT IS ORDERED that the Title cited at the end of the text in Count II of the body of the Information shall be corrected to read "18."

Christopher C. Conner
United States District Judge